441 A.2d 459

Commonwealth v. Cochran, Appellant.

Petition for Allowance of Appeal Denied Feb. 18, 1982.

Submitted May 4, 1981. Abram Frank Reynolds, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., SPAETH and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.